# Court of Appeals
# of the State of Georgia

ATLANTA, April 04, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1061. MATTHEW B. SMART v. THE STATE.**

In March 2018, Matthew B. Smart pled guilty to fleeing police, theft by receiving, obstruction of an officer, and other crimes. He was sentenced to nine years, with one year to serve in confinement and the balance on probation. Following the revocation of his probation on October 9, 2019, Smart filed a motion to correct or reduce his probated sentence. The trial court denied the motion, and Smart filed this direct appeal. We lack jurisdiction.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Smart's probation, compliance with the discretionary appeal procedure is required. See OCGA § 5-6-35 (a) (5), (b); *Jones v. State*, 340 Ga. App. 101, 102 (796 SE2d 487) (2017). And where a discretionary application is required, failure to comply with that requirement deprives this Court of jurisdiction. See *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d

564) (2021). Given Smart's failure to follow the discretionary appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta,* __04/04/2022__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*